IRVING ROSENTHAL, Respondent, v. FELIX BRAGUGLIA and Another, Doing Business under the Firm Name of BELL AUTO SERVICE CO., Appellants.— Order setting aside verdict for defendants and granting a new trial unanimously affirmed,

with costs. No opinion. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.